JULIE M. MCCOY, Bar no. 129640
485 E. 17TH ST.  SUITE 111
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV A 08-7168 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| GERSHOM BYASS, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Gershom Byass, in the principal amount of $2,651.75 plus interest accrued to September 16, 2008, in the sum of $4,627.31; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of **$7,279.06**.

DATED: 11/06/2008         By: TERRY NAFISI
                              Clerk of the Court

                              A. KANNIKE
                              Deputy Clerk
                              United States District Court

Page 5